**IT IS SO ORDERED.**

**SIGNED THIS: February 5, 2020**

_____
**Thomas L. Perkins**
**United States Chief Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re: ) | |
| ) | |
| I80 Equipment, LLC ) | |
| ) | |
| Debtor ) | |
| _____ ) | |
| ) | |
| Jeana K. Reinbold, Solely as Chapter 7 ) | Case Number: 17-81759 |
| Trustee of the Estate of I80 Equipment, ) | Chapter 7 |
| LLC ) | |
| Plaintiff, ) | Adversary No. 19-08110 |
| ) | |
| v. ) | |
| ) | |
| Menard, Inc. ) | |
| ) | |
| Defendant(s). ) | |

### ORDER TO EXTEND

    This matter coming to be heard on Motion to Extend filed by Defendant, Menard, Inc., and the Court being fully advised:
**IT IS HEREBY ORDERED:** that Defendant(s), MENARD, INC., is granted an extension until and including March 5, 2020 in which to respond to Plaintiff's Complaint.

###