# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| I80 Equipment, LLC | ) | |
| | ) | |
| Debtor | ) | |
| _____ | ) | |
| | ) | |
| Jeana K. Reinbold, Solely as Chapter 7 | ) | Case Number: 17-81759 |
| Trustee of the Estate of I80 Equipment, | ) | Chapter 7 |
| LLC | ) | |
| Plaintiff, | ) | Adversary No. 19-08110 |
| | ) | |
| v. | ) | |
| | ) | |
| Menard, Inc. | ) | |
| | ) | |
| Defendant(s). | ) | |

## MOTION FOR LEAVE TO FILE AN AMENDED MOTION TO DISMISS

NOW COMES Defendant, Menard., by and through its attorneys Joshua B. Rosenzweig and Ottosen DiNolfo Hasenbalg & Castaldo, Ltd., and for its request to amend its pending Motion to Dismiss and reset the briefing schedule or withdraw same and file an Amended Motion to Dismiss, states as follows:

1. Menard timely filed its pending Motion to Dismiss on March 4, 2020.

2. During the pendency of the briefing on the same, Menard became aware of the arguments raised by Walmart in its independent but similar Motion to Dismiss as well as the Court's questions during oral argument on same.

3. It is anticipated that the same questions presented by the Court on Walmart's motion would come to bear in Menard's pending motion. Accordingly,

Menard engaged the trustee to discuss settlement options and held in forbearance filing its written Reply due on April 28, 2020.

4. Menard also engaged in a significant volume of research on the issues raised by the Court and has found dispositive answers to same in two distinct bodies of Illinois statutory law.

5. In lieu of attempting to incorporate these new issues in its Reply under the current motion, Menard finds it more appropriate and fair to the Court and the trustee to fully vet these issues in the context of a fresh motion and new briefing schedule on the same.

WHEREFORE, the Defendant, Menard, Inc., respectfully requests that this Court grant its request to withdraw its current motion and strike the pending briefing schedule and grant Menard leave to file an Amended Motion to Dismiss within 14 days and for further relief as this Honorable Court deems just and necessary.

    MENARD, INC.

    By: __/s/ Joshua B. Rosenzweig__
        Joshua B. Rosenzweig

Joshua B. Rosenzweig
Ottosen DiNolfo Hasenbalg & Castaldo, Ltd.
1804 N. Naper Blvd., Suite 1804
Naperville, IL  60563
#06290607

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 30th day of April, 2020, a copy of the foregoing was filed and thereafter served using the Court's electronic filing system on the following counsel of record for the Plaintiff:

Andrew W. Covey
Acovey1@hotmail.com

Jeana K. Reinbold
jeana@jeanareinboldlaw.com

                                                            */s/ Joshua B. Rosenzweig*
                                                              Joshua B. Rosenzweig