**IT IS SO ORDERED.**

**SIGNED THIS: May 19, 2020**

_____
**Thomas L. Perkins**
**United States Chief Bankruptcy Judge**

---

U.S. BANKRUPTCY COURT
Central District of Illinois

In re:      I80 Equipment, LLC                                        Case No.    17-81749

Debtor(s)

In re:      Jeana K. Reinbold vs. Menard, Inc

Adv. No.    19-8110

## ORDER

The Defendant, Menard, Inc. having filed an Amended Motion to Dismiss (Doc. 20) and accompanying Memorandum of Law (Doc. 21), the Court hereby sets the following briefing schedule:

1. The Plaintiff shall have until June 17, 2020 to file a Response limited to 15 pages in length.

2. The Defendant shall have until July 1, 2020 to file a Reply limited to 8 pages.

3. The Plaintiff shall have until July 15, 2020 to file a Sur-Reply limited to 8 pages.

Upon filing of the Plaintiff's Sur-Reply, the Court will take the matter under advisement without hearing oral argument.

SO ORDERED.

###