**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| I80 Equipment, LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| Jeana K. Reinbold, Solely as Chapter 7 | ) | Case No.: 17-81749 |
| Trustee of the Estate of I80 Equipment, | ) | Chapter 7 |
| LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Adversary No. 19-08110 |
| | ) | |
| v. | ) | |
| | ) | |
| Menard, Inc. | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on the 22nd day of September 2020, a copy of the foregoing Answer and Affirmative Defenses was filed and thereafter served using the Court's electronic filing system on the following counsel of record for the Plaintiff:

Andrew W. Covey
Acovey1@hotmail.com

Jeana K. Reinbold
jeana@jeanareinboldlaw.coM

                                                        */S/ Joshua B. Rosenzweig*
                                                          Joshua B. Rosenzweig

Craig D. Hasenbalg (chasenbalg@ottosenlaw.com)
W. Anthony Andrews (wandrews@ottosenlaw.com)
Joshua B. Rosenzweig (jrosenzweig@ottosenlaw.com)
**OTTOSEN DiNOLFO HASENBALG & CASTALDO, LTD.**
1804 N. Naper Blvd., Ste. 350
Naperville, IL 60563
Phone: (630) 682-0085

Menard, Inc. / Menard/Reinbold / Certificate of Service /385684