Form hrgtapp

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602−1003

---

***In Re:*** I80 Equipment, LLC
***Debtor(s)***

***Case No.:*** 17−81749
***Chapter*** 7

Jeana K. Reinbold
***Plaintiff(s)***

***v.***

Menard, Inc.
***Defendant(s)***

Adv. No. 19−08110

---

***PLEASE TAKE NOTICE*** that a Telephonic Hearing will be held

on 6/6/23 at 01:30 PM

**Parties participating in this hearing are directed to call 1−877−336−1831 five minutes prior to the hearing time. Use Access Code 1082031.**

**Multiple hearings may be set at the same time. Please remain on the line until your hearing(s) are concluded and you are dismissed from the call. Participants are encouraged to review the court's telephone conference instructions prior to the scheduled hearing − www.ilcb.uscourts.gov/chief−judge−hendersons−telephone−conferencehearing−protocol.**

to consider and act upon the following:

Continued Pre−Trial Conference

Dated: 4/6/23

/S/ Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.