Form ntchrgBK

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602−1003

---

*In Re:* I80 Equipment, LLC
*Debtor(s)*

*Case No.:* 17−81749
*Chapter* 7

Jeana K. Reinbold
*Plaintiff(s)*

    *v.*

Menard, Inc.
*Defendant(s)*

Adv. No. 19−08110

---

*PLEASE TAKE NOTICE* that a Telephonic Hearing will be held

    on 4/30/24 at 02:30 PM

**Parties participating in this hearing are directed to call 1−877−336−1831 five minutes prior to the hearing time. Use Access Code 1082031.**

**Multiple hearings may be set at the same time. Please remain on the line until your hearing(s) are concluded and you are dismissed from the call. Participants are encouraged to review the court's telephone conference instructions prior to the scheduled hearing –
www.ilcb.uscourts.gov/chief−judge−hendersons−telephone−conferencehearing−protocol.**

to consider and act upon the following:

Continued Pre−Trial Conference

Dated: 4/16/24

          /S/   Adrienne D. Atkins
          Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

United States Bankruptcy Court
Central District of Illinois

Reinbold,
    Plaintiff

Adv. Proc. No. 19-08110-pwh

Menard, Inc.,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0753-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 16, 2024 | Form ID: ntchrgBK | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Joseph Davidson, Ottosen DiNolfo Hasenbalg & Castaldo Ltd, 1804 N Napier Blvd #350, Naperville, IL 60563-8807 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion10.pe.ecf@usdoj.gov | Apr 16 2024 19:15:00 | U.S. Trustee, Office Of Nancy J. Gargula U.S. Trustee, 401 Main St #1100, Peoria, IL 61602-1241 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | DAVID M CIASTO |
| pla | | Jeana K. Reinbold |
| dft | | Menard, Inc. |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 18, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew W Covey | on behalf of Plaintiff Jeana K. Reinbold acovey1@hotmail.com  acovey2@gmail.com |

| | | |
|---|---|---|
| District/off: 0753-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 16, 2024 | Form ID: ntchrgBK | Total Noticed: 2 |

Jeana K. Reinbold
    on behalf of Plaintiff Jeana K. Reinbold jeana@casevista.com brett@casevista.com;reinboldjr94021@notify.bestcase.com

Joseph Scott Davidson
    on behalf of Defendant Menard Inc. jdavidson@ottosenlaw.com, courtinfo@sulaimanlaw.com

Robert Hills
    on behalf of Interested Party DAVID M CIASTO rhills@wjnklaw.com gsrevord@wjnklaw.com

W. Anthony Andrews
    on behalf of Defendant Menard Inc. wandrews@ottosenlaw.com, vmedina@ottosenlaw.com

TOTAL: 5