**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re:<br>I80 Equipment, LLC<br><br>    Debtor(s). | Case No. 17-81749<br><br>Chapter 7 |
| Jeana K. Reinbold, solely as Chapter 7 Trustee of the Estate of I80 Equipment, LLC<br><br>    Plaintiff<br><br>v.<br><br>Menard, Inc.<br><br>    Defendant | AP. No. 19-8110 |

## MOTION IN LIMINE

Plaintiff, Jeana K. Reinbold, solely as Chapter 7 Trustee of the Estate of I80 Equipment, LLC ("I80") and not individually ("Trustee"), for her Motion in Limine, respectfully states as follows:

Trustee hereby moves that this Court enter an Order declaring that the following described documents attached hereto shall be admissible into evidence at the trial of this adversary proceeding. Except where indicated, the Trustee intends to offer the following documents into evidence to prove the truth of the matters asserted. The applicable Federal Rule(s) and foundation supporting admissibility are set forth after the description of each document:

1. Certified copy of Trustee's Complaint and Exhibits A, B and C-Docs. T23872-T23911;
   Rules: FRE: 902(4), 901(b)(1) and 803(6)
   Foundation: Pretrial Statement, Joint Statement of Uncontested Facts, ¶10 (Doc. T23936); 12/8/2022 Deposition of David Ciasto ("Ciasto") attached hereto ("Ciasto I"), pp. 50-63; 5/18/2023 Deposition of Ciasto attached hereto ("Ciasto II"), pp. 25-37, 43-44.

1

2. Certified copy of Answer filed by Menard, Inc. ("Menard")-Docs. T23912-23923
Rules: FRE 902(4) and 801(d)(2)

3. Certified copy of Pretrial Statement-Docs. T23930-23943
Rules: FRE 902(4) and 801(d)(2)

4. Certified copy of Menard's Amended Affirmative Defenses-Docs. T23924-T23929
Rules: FRE 902(4) and 801(d)(2)

5. Trustee's Request to Produce Documents and Menard's Responses thereto on 2/19/21 ("Responses")-Docs T24390-TT24404
Rules: FRE 901(a) and 801(d)(2);

6. Trustee's First Set of Interrogatories and Menard's Answers thereto and certificate of service-Docs. T-24405-24419
Rules: FRE 901(a) and FRE801(d)(2)

7.1-7.10 Trustee's RTA and Menard's Responses thereto-Docs. T-24422-T24928
Rules: FRBP 7036 and FRE 901(a) and 801(d)(2)

8. Stipulation between Trustee and Menard ("Stipulation")-Doc. T24929-24931
Rules: FRE 901(a) and 801(d)(2)

9.11-9.28 Transaction Details described in the Stipulation and the RTA set forth between Docs. T13493 through T18571
Rules: FRE 901(a), 801(d)(2) and 803(6)

10.1-10.7 Transaction Details set forth between T24932-T25333
Rules: FRE 901(a), 801(d)(2) and 803(6)

11. Ciasto resume-Docs. T20257-20258
Rule: FRE 901(b)(1)
Foundation: Ciasto I pp. 6-9

12.1-12.5 I80's general ledgers ("I80 G/L") from 6/12/15 through 12/31/17-Docs. T5417-T6024, T6025-T7280, T7281-T8250
Rules: FRE 901(b)(1) and 803(6)
Foundation: Ciasto I, pp. 50-63; 194-195
Kathryn Nichols' Declaration-Docs. T25334-T25336

13. Kathryn Nichols Declaration-Docs. T25334-T25336
Rules: FRE 902(11) and 803(6)

14. I80's Chart of Accounts-Docs. T8291-T8295
Rules:   FRE 901(b)(1) and 803(6)
Foundation:   Ciasto I pp. 63-65

15. Summary of 3/11/17 Transaction-Doc. T18489
Rules:   FRE 901(b)(1 and 1006
Foundation:   Transaction Detail-Docs. T18486-T18488; I80 G/L-Docs. T8151-T8152, T7418-T7422, T7665-T7668-Ciasto I pp. 77-81

16. Summary of 9/23/16 Transaction-Doc. T18551
Rules:   FRE 901(b)(1) and 1006
Foundation:   Transaction Detail T18549-18550, I80 G/L T7161-T7162, T6191-T6204, T6546-T6554, Ciasto I pp. 82-85

17. Summary of Account 12121 Transactions-Doc. 6288(a)
Rules:   FRE 901(b)(1) and 1006
Foundation:   I80 G/L T6257-6288, Ciasto I pp.86-88

18. Ciasto 7/10/15 12:29 PM email to Erik Richard Jones ("Jones")-Doc.T20392
Rule:   FRE 901(b)(1)
Foundation:   Ciasto II pp. 68-70

19 and 19.100-19.196    John Arnold Declaration (T25337-T25350) ("FMB Declaration") and the documents described as comprising Group Exhibits A-O attached thereto.
Rules:   FRE 902(11) and 803(6). The FMB Declaration and the documents, or designated portions thereof, described or referenced in ¶¶ 15-16, 18, 20, 22, 24-26, 28-30 and 32 are offered to prove the truth of the matters asserted. All other documents, or non-designated portions thereof, including but not limited to financial statements of I80, Jones Lease Properties, LLC ("JL"), J.P. Rentals, LLC ("JP"), JP Apartments Cooperative and Jones are only offered under this paragraph to prove that the statements therein were made and not to prove the truth of the matters asserted.

20. Certified copy of Henry County Circuit Court Order filed 11/30/17 in case 17 MR 272-T24376-T24381
Rules:   FRE 902(4) and 803(8)

21. Certified copy of Henry Court Circuit Court Order filed 12/5/17 in case 17 MR 272-T24382-T24386
Rules:   FRE 902(4) and 803(8)

22.1-22.10    Kristina Anderson Declaration and all documents attached thereto–Docs.

3

        T25351-T25889
            Rules:   FRE 902(11) and 803(6)

23.1-23.3.    Certified copies of Illinois Secretary of State Records for JL (2015-2018), JP (2015-2018) and I80 (2015-2017)-Docs. T20461-T20501 and T25890-T25894
            Rules:   FRE 902(4) and 803(8)

24.    Jones letter to Elizabeth Dunn 11/11/16 Doc. T8571
        Rule:   FRE 901(b)(1).   This document is offered only to prove that the statements therein were made and not to prove the truth of the matters asserted.
        Foundation:   Ciasto I pp. 41-43

25.1-25.6.    JP's general ledgers ("JP G/L") from 12/6/15 through 12/31/17–
        Docs. T22567-T23871
Rules:   FRE 901(b)(1) and 803(6)
        Foundation: Ottosen Firm Subpoena to Ciasto and Certificate of Service-T20453-T20460 and T25895; Ciasto Dep. I pp. 128-131
        Additional Foundation:
        JP G/L 1/1/17-6/30/17-Docs.T22567-T22983-Ciasto II pp.8-14
        JP G/L 7/1/17-12/31/17-Docs.T22984-T23323-Ciasto II pp.9-14
        JP G/L 12/6/15-12/31/15-Docs.T23324-T23375-Ciasto II pp. 9-14
        JP G/L 2016-Docs.T23376-T23871-Ciasto II pp. 9-14

26.    JP Chart of Accounts-Docs. T20268-T20271
        Rules:   FRE 901(b)(1) and 803(6)
        Foundation:   Ciasto I pp. 131-132, 142

27.    JP Account 25004-Docs.T20272-T20291
        Rules:   FRE 901(b)(1) and 803(6)
        Foundation:   Ciasto I pp. 132-133

28.    JP Account 25005-Doc. T20292
        Rules:   FRE 901(b)(1) and 803(6)
        Foundation:   Ciasto I pp. 133-135

29.    JP employee Kim Thompson 7/11/17 7:03 PM email to Mitchell Allen Melega ("Melega")-Doc. T8884
        Rule:   FRE 901(b)(1). This email does not contain a statement.
        Foundation:   Ciasto I, pp. 136-137, Ciasto II pp. 92-93[1]

---

[1] Ciasto testified that (a) his email addresses were david@i80equipment.com, david@cpadave.com and dciasto@sbcglobal.net (Ciasto I pp. 12-13, 15-17); (b) Melega's email address was mitch@i80equipment.com and an employee of I80's was first_name@i80equipment.com (Ciasto II p. 54); (c) Jones's email was erik@i80equipment.com (Ciasto I, p. 39); (d) an employee of JP's email was name@jp-rentals.com (Ciasto II p. 92); and (e) Drew Lawrence's email was Drew.Lawrence@Firstmidwest.com (Ciasto I p. 148).

30. Melega 7/12/2017 9:04 AM email to JP employee Kim Thompson-Doc.T8884
    Rules:  FRE 901(b)(1) and 803(6).  This document is also offered to prove that the statements therein were made.
    Foundation:  Ciasto I pp. 136-142 ; Ciasto II pp. 73-76, 92-95

31. Melega 6/15/17 5:05 PM email to Ciasto-Doc. T18572.
    Rules:  FRE 901(b)(1) and 803(6).  This document is also offered to prove that the statements therein were made.
    Foundation:  Ciasto I pp. 138-139; Ciasto II pp. 73-76, 88, 90-92

32. Financial statements of JP and JP Apartments Cooperative as of 12/31/2016 attached to 6/15/17 email-Docs.T18573-T18574
    Rules:  FRE 901(b)(1) and FRBP 7036.  These documents are offered only to prove that the statements therein were made and not to prove the truth of the matters asserted.
    Foundation:  Menard's Response to RTA ¶ 2206-Doc. T24925; Ciasto I Dep. pp. 139-140; Ciasto II p. 88-89.

33.1-33.7. JL's general ledgers ("JL G/L") from 12/6/15 through 12/31/17-Docs.T20648-T22566
    Rules: FRE 901(b)(1) and 803(6)
    Foundation:     Ottosen Firm Subpoena to Ciasto and Certificate of Service-T20453-T20460 and T25895; Ciasto Dep. I pp. 128-131.
    Additional Foundation:
    JL G/L 1/1/17-6/30/17-Docs T20648-T21235-Ciasto II pp. 5-7, 9-14
    JL G/L 7/1/17-9/30/17-Docs.T21236-T21700-Ciasto II pp. 6-7, 9-14
    JL G/L 10/1/17-12/31/17-Docs.T21701-T22073-Ciasto II pp. 7-14
    JL G/L 12/6/15-12.31/15-Docs.T22074-T22126-Ciasto II pp. 8-14
    JL G/L 2016-Docs. T22127-T22566-Ciasto II pp. 8-14

34. JL Chart of Accounts-Docs. T20293-T20298
    Rules:  FRE 901(b)(1) and 803(6)
    Foundation:  Ciasto I p. 142

35. JL Account 23000-Docs. T20299-T20319
    Rules:  FRE 901(b)(1) and 803(6)
    Foundation:  Ciasto I pp. 142-143

36. Ciasto/Drew Lawrence emails dated 3/6/14 Docs. T20321-T20324
    Rules:  FRE 902(11), 901(b)(1) and 803(6)
    Foundation:  FMB Declaration, ¶¶ 11,18; Ciasto I pp. 144-152, Ciasto II pp. 70-

    76; 84-88

37. Lindsay Andersen 10/11/16 2:17 PM email to Melega-T20378-T20379
 Rule: FRE 902(11) and 803(6)
 Foundation: FMB Declaration ¶¶ 11 and 18

38. Melega/Ciasto emails 10/11/16-10/13/16-Docs.T20378-T20391
 Rules: FRE 901(b)(1) and 803(6)
 Foundation: Ciasto II Dep. pp. 95-121; 73-76; 126-127

39. I80 12/31/15 and 2014 Financial Statements-Docs. FMB 13856-FMB13868
 Rules: FRE 901(b)(1). These documents are offered only to prove that the statements therein were made and not to prove the truth of the matters asserted.
 Foundation: Ciasto II pp. 99-100

40. I80 8/31/16 Financial Statements-Docs. FMB11188-FMB11192
 Rule: FRE 901(b)(1). These documents are offered only to prove that the statements therein were made and not to prove the truth of the matters asserted.
 Foundation: Ciasto II p. 59-60[2], 104

41.1-41.7. Jones, JP and JL Federal tax returns for 2015-2017-Docs.T20502-T20614
 Rule: FRE 901(b)(1).
 Foundation: Ciasto I pp. 11-12, 168-175, 222

42. Jones Applications for Tentative Refunds and Amended Federal Tax Returns for 2015 and 2016-Docs.T20615-T20637
 Rule: FRE 901(b)(1).
 Foundation: Ciasto I pp. 176-178, Ciasto II pp. 20-21

43. Melega 7/26/16 5:20 PM and 7/27/16 7:10 AM emails to Ciasto-Doc. T20412
 Rule: FRE 901(b)(1). This email is only offered to prove the statements therein were made and not to prove the truth of the matters asserted.
 Foundation: Ciasto II pp. 127-129, 135-136

44. Ciasto 9/13/16 10:33 AM email to Melega-Doc. T20414
 Rule: FRE 901(b)(1).
 Foundation: Ciasto II pp. 131-132

45. Certified copy of Jones Plea Agreement filed 9/25/23 as Doc. # 53 in Case 4:20-cr-40056-JES-JEH-1 pending in the U.S. District Court for the Central District of Illinois ("Jones Fraud Case")-Docs. T25896-T25928
 Rules: FRE 902(4), 803(22) and 803(8)

---

[2]These statements were erroneously identified as commencing with FMB11198.

46. Certified copy of Notice Regarding Entry of Plea of Guilty by Melega filed 3/11/24 as Doc. #65 in Case 4:20-cr-40056-JES-JEH-2("Melega Fraud Case")-Doc T-25929
Rules:   FRE 902(4), 803(22) and 803(8)

47. Certified copy of Report and Recommendation Concerning Plea of Guilty by Melega filed 3/11/24 as Doc. #67 in the Melega Fraud Case-Doc. T25930
Rules:   FRE 902(4), 803(22) and 803(8)

48. Certified copy of Acceptance of Plea of Guilty, Adjudication of Guilt and Notice of Sentencing of Mitchell Allen Melega filed 3/28/24 as Doc. # 69 in the Melega Fraud Case-Doc.T25931
Rules:   FRE902(4), 803(22) and 803(8)

49. Ciasto 1/3/17 8:02 AM email to Melega/Jones-Docs. T20406-T20407
Rule:   FRE 901(b)(1)
Foundation:   Ciasto I pp. 230-237; Ciasto II p. 170-171

50. I80 12/31/16 Financial Statements-Docs. FMB11267-FMB11269
Rule:   FRE 901(b)(1).   These documents are offered only to prove that the statements therein were made and not to prove the truth of the matters asserted.
Foundation:   Ciasto II p. 62; Ciasto I pp. 235-239

51.1-51.3. I80 2016 federal income tax return-Docs. T2399-T2426
Rule:   FRE 901(b)(1). These documents are offered only to prove that the statements therein were made and not to prove the truth of the matters asserted.
Foundation:   Ciasto I pp. 35-37; Ciasto II pp. 24-25

52. I80 6/30/17 Financial Statements-Docs. FMB11247-FMB11249
Rule:   FRE 901(b)(1). These documents are offered only to prove that the statements therein were made and not to prove the truth of the matters asserted.
Foundation:   Ciasto II p. 63-64; FMB Declaration, ¶ 6

53.1-53.3. Michael Ragano Declaration (Docs. T25932-T25935) and the documents described as comprising Ex. A-F attached thereto.
Rules:   FRE 902(11) and 803(6)
Additional Foundation:; Trista M. Beise Declaration, ¶¶ 10, 15;
FMB Declaration, ¶¶ 19(b)(6), 22

54.1-54.10. Trista M. Beise Declaration (Docs.T25936-T25942) and the documents described as comprising Group Ex.A-G attached thereto.
Rules: FRE 902(11) and 803(6). This Declaration and the documents, or designated portions thereof, described or referenced in ¶¶ 11, 12(b) and 13-15 are offered to prove the truth of the matters asserted. All other

documents, or non-designated portions thereof, are only offered under this
paragraph to prove that the statements therein were made and not to prove
the truth of the matters asserted.

55.1-55.3. Greg Hengehold Declaration (Docs.T25943-T25945) and the documents
described as compromising Ex. A and C attached thereto.
Rules:   FRE 902(11) and 803(6)

56. Lawrence 11/25/15 8:33:38 AM email to Jones-Doc.T9793
Rules:   FRE 901(b)(1) and 803(6)
Foundation:   FMB Declaration, ¶¶ 6, 15; Ciasto II 138-139

57. Jones/Ciasto 11/25/2015 emails-Docs.T9789-T9793
Rules: FRE 901(b)(1) and 803(6).   Jones's emails are also offered to prove that the statements therein were made.
Foundation:   Ciasto II pp. 73-76, 139-145

58. Melega 2/5/16 10:10:58 AM email to Ogden-Docs.FMB11621and ONB 5151
Rule:   FRE 901(b)(1).   The first sentence is not a statement. The second sentence is only offered to prove that the statements therein were made and not to prove the truth of the matters asserted.
Foundation:   Ciasto II pp. 145-147; FMB Declaration ¶ 27(a)

59. Ogden 2/5/16 2:25 PM email to Melega and attachments thereto-Doc. FMB11621-FMB11624 and ONB 5151-ONB5154
Rules:   FRE 902(11) and 803(6).
Foundation:   FMB Declaration ¶¶ 27-30

60. Melega 8/29/16 1:16 PM email to Ciasto-Doc.T9798
Rule:   FRE 901(b)(1). This email is only offered to prove the statements therein were made and not to prove the truth of the matters asserted.
Foundation:   Ciasto II pp. 129-131; 135-136

61. Melega 10/5/16 9:02 AM email to Ciasto-Doc.T20375
Rule:   FRE 901(b)(1).   This email is only offered to prove the statements therein were made and not to prove the truth of the matters asserted.
Foundation:   Ciasto II pp. 163-164

62.1-62.2. Melega 10/10/16 8:17 AM email to Ciasto and 10/7/16 plan-Docs.T20376, T9803
Rule: FRE901(b)(1).   This email is only offered to prove that the statements therein were made and not to prove the truth of the matters asserted.
Foundation:   Ciasto II p. 164-165

63. Ciasto 10/10/16 8:47AM email to Melega-Doc.T20376
    Rule:   FRE 901(b)(1)
    Foundation:   Ciasto II p. 165

64. Melega/Jones 10/31/16 10:27 AM, 11/1/16 4:07 PM and 11/1/16 4:18 PM emails-Doc. T9806-T9807
    Rules:   FRE 901(b)(1) and 803(6)
    Foundation:   Ciasto II p. 73-76, 157, 165-170

65.1-65.2.   Lawrence 11/14/16 9:40 AM email to Jones-Doc. T8961-T8962 and 11/18/16 2:19 PM email to Jones-Doc. T9811
    Rules:   FRE 902(11) and 803(6)
    Foundation:   FMB Declaration ¶¶ 19(a) and 20;Ciasto II pp. 147-149

66. Jones 11/22/16 9:17 AM email to Ciasto/Melega-Doc. T9812
    Rules:  FRE 901(b)(1) and 803(6)
    Foundation:   Ciasto II pp. 73-76, 149, 156-157

67. Melega 12/21/16 2:31 PM email to Ciasto-Doc. T20403
    Rule:   FRE 901(b)(1).   This email is offered only to prove that the statements therein were made and not to prove the truth of the matters asserted.
    Foundation:   Ciasto II pp. 134-136

68. Ciasto 9/8/18 9:38 AM email to Trustee-Docs. T10308-T10309
    Rule:   FRE 901(b)(1)
    Foundation:   Ciasto I pp. 47-50

69. Ciasto 11/1/19 10:22 PM email to Andrew Covey-Docs.T10230-T10231
    Rule:   FRE 901(b)(1)
    Foundation:   Ciasto I pp. 21-22; Ciasto II 52-53, 63, 173

70. Ciasto 11/3/19 3:30:45 email to Andrew Covey-Docs. T10228-T10229.
    Rule:   FRE 901(b)(1)
    Foundation:   Ciasto I pp. 17-21; Ciasto II pp. 54

71. Indictment of Jones and Melega filed 10/20/20 and E-FILED on 10/21/20 as Doc. #1 in Case 4:20-cr-40056-JES-JEH in the United States District Court for the Central District of Illinois-Docs.T1190-T1211
    Rules:   FRBP 7036 and FRE 901(a) and 801(d)(2)
    Foundation: RTA and Menard's Response to ¶¶ 2213 and 2214 thereof

72. Certified copy of Judgment in a Criminal Case filed 7/25/24 in the Jones Fraud Case-Docs. T25961-T25966

73. Certified copy of Judgment in a Criminal Case filed 7/25/24 in the Melega Fraud Case-Docs. T25967-T25972

74. 12/8/22 Ciasto Deposition Transcript

75. 5/18/23 Ciasto Deposition Transcript

76. In the event any of the above documents are held to be inadmissible, Trustee intends to offer them into evidence at trial pursuant to FRE 807.

77. Following is the contact information for individuals who executed the above-described Declarations:

Kathryn Nichols
948 Green Acres Drive
Bismark, AR   71929
(309) 373-8257

Trista M. Biese
Vibrant Credit Union
6600 44th Avenue
Moline, IL   61265
(800) 323-5109 Ext. 2202

John Arnold
8750 Bryn Mawr, Suite 1300
Chicago, IL   60631
708-831-7403
Or contact:
William McKenna, Esq.
Foley & Lardner LLP
321 North Clark Street
Suite 3000
Chicago, IL   60654
(312) 832-4541
Greg Hengehold
Myron Bowling Auctioneers, Inc.
3901 Kraus Lane
Hamilton, OH   45014
(513) 738-3311

Michael Ragano
Novo Advisors

401 N. Franklin Street, Suite 4 East
Chicago, IL   60654
(847) 772-6376
Or contact:
Claudia Springer
Novo Advisors
401 N. Franklin Street, Suite 4 East
Chicago, IL   60654
(215) 896-3775

Kristina Anderson
U.S. Bank National Association
1200 Energy Park Drive
Saint Paul, MN   55108
(612) 303-7854

WHEREFORE, the Trustee respectfully moves that the Court enter an Order declaring that the documents described herein are admissible into evidence at the trial of this adversary proceeding and granting such other relief as it may deem just.

                    Jeana K. Reinbold, solely as Chapter 7
                    Trustee of the Estate of I80 Equipment, LLC

                    By: /s/ Andrew W. Covey
                    One of her attorneys
                    Andrew W. Covey #06183817
                    403 S. French Drive
                    Dunlap, IL 61525
                    Tel: 309-370-2692
                    Email: acovey1@hotmail.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have caused to be served a copy of the foregoing MOTION IN LIMINE, this day, by CM/ECF electronic filing as set forth below.

Dated: July 31, 2024                    /s/ Jeana K. Reinbold
                                        Jeana K. Reinbold

By CM/ECF:
- **W. Anthony Andrews**     wandrews@ottosenlaw.com, vmedina@ottosenlaw.com
- **Joseph Scott Davidson**      jdavidson@ottosenlaw.com, courtinfo@sulaimanlaw.com
- **Robert Hills**     rhills@wjnklaw.com, gsrevord@wjnklaw.com
- **Sonette Magnus**     smagnus@thompsoncoburn.com

11