**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re:<br><br>I80 Equipment, LLC,<br><br>Debtor. | Case No. 17-81749<br><br>Chapter 7 |
| Jeana K. Reinbold, solely as Chapter 7 Trustee of the Estate of I80 Equipment, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Menard, Inc.,<br><br>Defendant. | Adversary Case No. 19-08110 |

**AFFIDAVIT OF GARY TRKULA**

GARY TRKULA, Menard, Inc. Store Support Manager, hereby declares as follows:

1. I have personal knowledge of the facts set forth herein, and I am competent to testify thereto.

2. A family-owned company started in 1958, Menards® is headquartered in Eau Claire, Wisconsin and has more than 300 home improvement stores located in Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota, Missouri, Nebraska, North Dakota, Ohio, South Dakota, West Virginia, Wisconsin, and Wyoming.

3. At each of its locations, on a daily basis, Menard processes hundreds of retail transactions via credit card, debit card, check, and cash.

4. For each retail transaction completed at each Menard location, a cashier processes payment in the form of either credit card, debit card, cash, or check.

5. For each retail transaction completed at each Menard location, a retail price must be paid before the goods may be taken from the Menard location.

6. None of Menard's cashiers, front-end managers, or general managers at any of Menard's locations are directed to inquire of a guest what the guest's intentions are with respect to the goods purchased.

7. None of Menard's cashiers, front-end managers, or general managers had any reason to believe that any of the retail transactions at issue here involved any type of fraudulent scheme to hinder, delay, or defraud any of Debtor's creditors.

8. For each transaction at Menard using a credit card, Menard issues a receipt that states, "[t]he Cardholder acknowledges receipt of goods/services in the total amount shown herein and agrees to pay the card issuer according to its current terms." *See* Exhibit A.

9. Those receipts also state, "THIS IS YOUR CREDIT CARD SALES SLIP PLEASE RETAIN FOR YOUR RECORDS." *See id.*

10. A credit card is a payment mechanism that allows its user to borrow funds to purchase goods or services on credit.

11. Use of a credit card results in an obligation that the cardholder must repay to the financial institution or lender that issued the credit card.

12. For each retail transaction that Menard processes via credit card, Menard ultimately receives payment from the financial institution that issued the customer the credit card, not the customer.

13. For each retail transaction that Menard processes via credit card, funds do not pass through an account belonging to the customer before being transferred to Menard.

14. For each retail transaction that Menard processes via credit card, the institution that issued the credit card ultimately determines whether funds will be transferred to Menard or not.

15. Debtor completed over nine-hundred retail transactions at Menard's locations in Illinois and Iowa.

Dated: September 19th, 2024

Use Your
BIG CARD
2%
REBATE
MENARDS

MENARDS - MOLINE IL
6400 44th Avenue
Moline, IL 61265

KEEP YOUR RECEIPT
RETURN POLICY VARIES BY PRODUCT TYPE

Unless noted below allowable returns for items on this receipt will be in the form of an in store credit voucher if the return is done after 03/21/16

If you have questions regarding the charges on your receipt, please email us at:
MOLEfrontend@menards.com

Sale Transaction

I8 Body Shop

1/2 BARB X 1/2 FEM SWIVE
6807948 3.00 @3.98 11.94
1/2" BARB ELBOW
6807469 2.00 @3.18 6.36
25PK 1/2" BARB ELBOW
6807470 34.99
1/2" BARB COUPLING
6807427 2.58
1/2" PL QC VALVE
6809610 9.98
UTILATUB HD TUB KIT W/CV
6725152 2 @108.00 216.00
TANKLESS ELECTRIC WTR HT
6834400 179.00

TOTAL 460.85
TAX MOLINE-IL 7.5% 34.56
TOTAL SALE 495.41
VISA 5688 495.41
633064
Swiped
PO #

POSTED

TOTAL NUMBER OF ITEMS = 11

GUEST COPY

The Cardholder acknowledges receipt of goods/services in the total amount shown hereon and agrees to pay the card issuer according to its current terms.

THIS IS YOUR CREDIT CARD SALES SLIP
PLEASE RETAIN FOR YOUR RECORDS.

THANK YOU, YOUR CASHIER, SUSAN

21887 06 6026 12/22/15 12:21PM 3285

Use Your
BIG CARD
2%
REBATE
MENARDS

MENARDS - MOLINE IL
6400 44th Avenue
Moline, IL 61265

KEEP YOUR RECEIPT
RETURN POLICY VARIES BY PRODUCT TYPE

Unless noted below allowable returns for items on this receipt will be in the form of an in store credit voucher if the return is done after 03/21/16

If you have questions regarding the charges on your receipt, please email us at:
MOLEfrontend@menards.com

Sale Transaction

Body Shop I80

2H ACRYL HANDLE 4" LAV C
6731833 19.97
4 OZ EPOXY PUTTY
6931555 4.99
4OZ PURPLE PRIMER/CLEANE
6931144 2.79
4 OZ HVY DUTY PVC CEMENT
6931825 4.49

TOTAL 32.24
TAX MOLINE-IL 7.5% 2.42
TOTAL SALE 34.66
VISA 5688 34.66
631689
Swiped
PO # 0

POSTED

TOTAL NUMBER OF ITEMS = 4

GUEST COPY

The Cardholder acknowledges receipt of goods/services in the total amount shown hereon and agrees to pay the card issuer according to its current terms.

THIS IS YOUR CREDIT CARD SALES SLIP
PLEASE RETAIN FOR YOUR RECORDS.

THANK YOU, YOUR CASHIER, ERICA

21854 09 7705 12/22/15 04:22PM 3285



Use Your
BIG CARD
2%
REBATE
MENARDS®

MENARDS - MOLINE IL
6400 44th Avenue
Moline, IL 61265

If you have questions regarding the charges on your receipt, please email us at:
MOLEfrontend@menards.com

Merchandise Return

UTILATUB HD TUB KIT W/CV
6725152 108.00-
ORIG STORE: 3285 6 6026 12/22/2015

| | |
|---|---|
| TOTAL | 108.00- |
| TAX MOLINE-IL 7.5% | 8.10- |
| TOTAL SALE | 116.10- |
| VISA 5688 | 116.10- |

TOTAL NUMBER OF ITEMS = POSTED

GUEST COPY

Menards has released this transaction to your financial instituion. Your financial institution is responsible for processing this refund to your account. Please contact your financial institution for fund availability.

THIS IS YOUR CREDIT CARD SALES SLIP
PLEASE RETAIN FOR YOUR RECORDS.

THANK YOU, YOUR CASHIER, LIBERTY

21926 22 0575 12/22/15 04:10PM 3285



Use Your
BIG CARD
2%
REBATE
MENARDS

MENARDS - MOLINE IL
6400 44th Avenue
Moline, IL 61265

KEEP YOUR RECEIPT
RETURN POLICY VARIES BY PRODUCT TYPE

Unless noted below allowable returns for items on this receipt will be in the form of an in store credit voucher if the return is done after 3/27/16

If you have questions regarding the charges on your receipt, please email us at:
MOLEfrontend@menards.com

Sale Transaction

WAX RING W/SLEEVE X THI.
6642572 3.49
REPAIR FLANGE SS
6890262
TAPCON FIT 3/16X1-3/4
2327192
4.5"X5/32" TAPCON BIT
2367314 @3.62 7.24
4.5"X5/32" TAPCON BIT
2367327 3.89
SPANNER FLANGE
6642365 3 @3.99 11.97
PRO-FIT 1 RF TOILET WHIT
6704480 89.99

TOTAL 127.72
TAX MOLINE-IL 7.5% 9.58
TOTAL SALE 137.30
VISA 5686
665667
Swiped
PO # 0

I 80 Body Shop

TOTAL NUMBER OF ITEMS = 10

THE FOLLOWING REBATE RECEIPTS WERE PRINTED FOR THIS TRANSACTION:
3905

GUEST COPY

The Cardholder acknowledges receipt of goods/services in the total amount shown hereon and agrees to pay the card issuer according to its current terms.

THIS IS YOUR CREDIT CARD SALES SLIP
PLEASE RETAIN FOR YOUR RECORDS.

THANK YOU, YOUR CASHIER, TAVIONNA

22078 03 5200 12/28/15 08:56AM 3285

T12747

Use Your
BIG CARD
2%
REBATE
MENARDS

MENARDS · MOLINE IL
6400 44th Avenue
Moline, IL 61265

KEEP YOUR RECEIPT
RETURN POLICY VARIES BY PRODUCT TYPE

Unless noted below allowable returns for items on this receipt will be in the form of an in store credit voucher if the return is done after 07/12/16

If you have questions regarding the charges on your receipt, please email us at:
MOLEfrontend@menards.com

Sale Transaction

1/4 HP UTILITY PUMP
6913308 2 @49.99 99.98
3" CAST IRON CASTER RIGI
2176022 4 @4.99 19.96
4" METAL GRINDING WHEEL *
2524124 4 @1.70 6.80

TOTAL 126.74
TAX MOLINE-IL 7.5% 9.51
TOTAL SALE 136.25
VISA CREDIT 1969 136.25
PO # 0
Auth Code:008698
Chip Inserted
a0000000031010001
TC - 3a863c1533f1ad0f

TOTAL SAVINGS 0.76

TOTAL NUMBER OF ITEMS = 10

GUEST COPY

The Cardholder acknowledges receipt of goods/services in the total amount shown hereon and agrees to pay the card issuer according to its current terms.

THIS IS YOUR CREDIT CARD SALES SLIP
PLEASE RETAIN FOR YOUR RECORDS.

THANK YOU, YOUR CASHIER, TAVIONNA

22078 07 1280 04/13/16 01:55PM 3285

POSTED

Use Your
BIG CARD
2%
REBATE

MENARDS - MOLINE IL
6400 44th Avenue
Moline, IL 61265

If you have questions regarding the charges on your receipt, please email us at:
MOLEfrontend@menards.com

Merchandise Return

3" CAST IRON CASTER RIGI
2176022 4 @4.99 19.96-
ORIG STORE: 3285 7 1280 04/13/2016

| | |
|---|---|
| TOTAL | 19.96- |
| TAX MOLINE-IL 7.5% | [illegible] |
| TOTAL SALE | 21.46- |
| VISA 1969 | 21.46- |

TOTAL NUMBER OF ITEMS = 4

GUEST COPY

Menards has released this transaction to your financial instituion. Your financial institution is responsible for processing this refund to your account. Please contact your financial institution for fund availability.

THIS IS YOUR CREDIT CARD SALES SLIP
PLEASE RETAIN FOR YOUR RECORDS.

THANK YOU, YOUR CASHIER, TAVIONNA

22078 60 3955 04/27/16 02:43PM 3285



MENARDS - DAVENPORT
6600 Brady St.
Davenport, IA 52806

KEEP YOUR RECEIPT
RETURN POLICY VARIES BY PRODUCT TYPE

Unless noted below allowable returns for items on this receipt will be in the form of an in store credit voucher if the return is done after 08/25/16

If you have questions regarding the charges on your receipt, please email us at:
DVNPfrontend@menards.com

Sale Transaction

4-1/2" METALGRINDINGW/HU
2524133 4 @4.99 19.96
6" WIR[illegible] WHEEL BRUSH COAR
2524055 9.99
8" WIRE WHEEL BRUSH FINE
2524065 2 @12.99 25.98
4-1/2" ANGLE GRINDER
2410779 49.98 Small Tools

Shop

TOTAL 105.91
TAX SCO[illegible] 7% 7.41
TOTAL [illegible] 113.32
VISA CREDIT 1969 113.32
PO # 0
Auth Code:078194
Chip Inserted
a0000000031010001
TC - b2e8ac541b56d2b2

CC1969

Shop supplies

TOTAL NUMBER OF ITEMS =

POSTED

GUEST COPY

The Cardholder acknowledges receipt of goods/services in the total amount shown hereon and agrees to pay the card issuer according to its current terms.

THIS IS YOUR CREDIT CARD SALES SLIP
PLEASE RETAIN FOR YOUR RECORDS.

THANK YOU, YOUR CASHIER, AMANDA

15225 05 0053 05/27/16 08:32AM 3315

Use Your [illegible] 2%
BIG CARD [illegible] REBATE
MENARDS

MENARDS MOLINE IL
[illegible] 44th Avenue
Moline, IL [illegible]

KEEP YOUR RECEIPT
RETURN POLICY VARIES BY PRODUCT TYPE

[illegible] this receipt [illegible] in the form of an in-store credit [illegible] return is done [illegible]

If you have questions regarding the charges on your receipt please email us at:
[illegible]@menards.com

Sale [illegible]

[illegible] ORANGE [illegible]
[illegible] [illegible] [illegible]
[illegible] EXTENSION [illegible] [illegible]
[illegible] 5.99
[illegible] ORANGE [illegible]
[illegible] 25.98
[illegible]
[illegible]
[illegible] 11.[illegible]

TOTAL [illegible]
TAX [illegible] [illegible]
TOTAL [illegible]
VISA [illegible]
PO # [illegible]
AUTH CODE [illegible]
[illegible]

TOTAL SAVINGS 1.54

TOTAL NUMBER OF ITEMS [illegible]

GUEST COPY

The Cardholder acknowledges receipt of goods/services in the total amount shown hereon and agrees to pay the card issuer according to its current terms.

THIS IS YOUR CREDIT CARD SALES SLIP PLEASE RETAIN FOR YOUR RECORDS

THANK YOU, YOUR CASHIER, SAMANTHA

[illegible] 4054 [illegible]/[illegible]/15 11:45AM [illegible]

CC1969

Shop Supplies

T12760

Use Your
BIG CARD
2%
REBATE
MENARDS

MENARDS - DAVENPORT
6600 Brady St.
Davenport, IA 52806

KEEP YOUR RECEIPT
RETURN POLICY VARIES BY PRODUCT TYPE

Unless noted below allowable returns for items on this receipt will be in the form of an in store credit voucher if the return is done after 09/01/16

If you have questions regarding the charges on your receipt, please email us at:
DVNPfrontend@menards.com

Sale Transaction

5/8"X50' KNK RESIST HOSE
2741018 3 @24.98 74.94
1 GANG HOR GFI COVER *
3614273 10 @2.99 29.90
1 1/4" 4" BLACK NIPPLE
6861167 2.69
15A/125V STANDARD PLUG
3633267 2.98

TOTAL 110.51
TAX SCOTT-IA 7% 7.74
TOTAL SALE 118.25
VISA CREDIT 1989 118.25
PO # 0
Auth Code:070691
Chip Inserted
a0000000031010001
TC - 36bef2973b975749

TOTAL SAVINGS 5.00

TOTAL NUMBER OF ITEMS = 15

POSTED

Shop Supplies
Bob

GUEST COPY

The Cardholder acknowledges receipt of goods/services in the total amount shown hereon and agrees to pay the card issuer according to its current terms.

THIS IS YOUR CREDIT CARD SALES SLIP
PLEASE RETAIN FOR YOUR RECORDS.

THANK YOU, YOUR CASHIER, BETTY

48441 05 2242 06/03/16 09:39AM 3315

3053



Use Your
BIG CARD
2%
REBATE
MENARDS

MENARDS - MOLINE IL
6400 44th Avenue
Moline, IL 61265

KEEP YOUR RECEIPT
RETURN POLICY VARIES BY PRODUCT TYPE

Unless noted below allowable returns for items on this receipt will be in the form of an in store credit voucher if the return is done after 09/11/16

If you have questions regarding the charges on your receipt, please email us at:
MOLEfrontend@menards.com

Sale Transaction

| | | |
|---|---|---|
| 15A/125V STANDARD CNCTR | | |
| 3633429 | 4 @3.48 | 13.92 Stock |
| 15A/125V STANDARD PLUG | | |
| 3633267 | 8 @2.98 | 23.84 |
| WINDEX REFILL - BLUE | | |
| 6471402 | 4 @8.98 | 35.92 Supplies |
| 1 GANG VER DUP COVER | | |
| 3612660 | 6 @4.29 | 25.74 Stock |
| 24" SMOOTH-SUR PUSH BROO | | |
| 6469776 | 3 @14.99 | 44.97 Shop Tools |
| TOTAL | | 144.39 |
| TAX MOLINE IL / 5% | | 10.83 |
| TOTAL SALE | | 155.22 |
| VISA CREDIT 1969 | | 155.22 |

PO # 012
Auth Code:053257
Chip Inserted
a0000000031010001
TC - 848f574332465b4a

CC 1969

TOTAL NUMBER OF ITEMS = 25

THE FOLLOWING REBATE RECEIPTS WERE PRINTED FOR THIS TRANSACTION:
5076

GUEST COPY

The Cardholder acknowledges receipt of goods/services in the total amount shown hereon and agrees to pay the card issuer according to its current terms.

THIS IS YOUR CREDIT CARD SALES SLIP
PLEASE RETAIN FOR YOUR RECORDS.

THANK YOU, YOUR CASHIER, Kaitlin

3634 07 7679 06/13/16 01:59PM 3285

4/3/24

Use Your
BIG CARD
2%
REBATE
MENARDS

MENARDS - DAVENPORT
6600 Brady St.
Davenport, IA 52806

KEEP YOUR RECEIPT
RETURN POLICY VARIES BY PRODUCT TYPE

Unless noted below allowable returns for items on this receipt will be in the form of an in store credit voucher if the return is done after 09/13/16

If you have questions regarding the charges on your receipt, please email us at:
DVNPfrontend@menards.com

Sale Transaction

CC1969

| | | |
|---|---|---|
| 24" DRUM FAN | | |
| 6211514 | 2 @119.00 | 238.00 |
| 20" BOX FAN | | |
| 6211117 | | 15.99 |
| 25' CAT5E CABLE | | |
| 3015906 | | 8.98 |
| 2-PK 6-OUT PWR STRP 2.5' | | |
| 3705608 | 3 @7.99 | 23.97 |
| TOTAL | | 286.94 |
| TAX SCOTT-IA 7% | | 20.09 |
| TOTAL SALE | | 307.03 |
| VISA CREDIT 1969 | | 307.03 |

JLS 6/14

PO #
Auth Code:059056
Chip Inserted
a0000000031010O1
TC - c611549a388bc39a

Shop Expense Bob

TOTAL NUMBER OF ITEMS = 7

THE FOLLOWING REBATE RECEIPTS WERE PRINTED FOR THIS TRANSACTION:
5076

GUEST COPY

The Cardholder acknowledges receipt of goods/services in the total amount shown hereon and agrees to pay the card issuer according to its current terms.

THIS IS YOUR CREDIT CARD SALES SLIP
PLEASE RETAIN FOR YOUR RECORDS.

THANK YOU, YOUR CASHIER, KAREN

65934 08 3738 06/15/16 10:31AM 3315