

Use Your 2%
BIG CARD REBATE
MENARDS

**MENARDS - MOLINE IL**
**6400 44th Avenue**
**Moline, IL 61265**

If you have questions regarding the
charges on your receipt, please
email us at:
MOLEfrontend@menards.com

Merchandise Return

```
UTILATUB HD TUB KIT W/CV
 6725152                        108.00-
ORIG STORE: 3285 6 6026 12/22/2015

TOTAL                           108.00-
TAX MOLINE-IL 7.5%                8.10-
TOTAL SALE                      116.10-
VISA 5688                       116.10-
```



TOTAL NUMBER OF

GUEST COPY

Menards has released this transaction
to your financial instituion. Your
financial institution is responsible
for processing this refund to your
account. Please contact your financial
institution for fund availability.

THIS IS YOUR CREDIT CARD SALES SLIP
PLEASE RETAIN FOR YOUR RECORDS.

THANK YOU, YOUR CASHIER, LIBERTY

21926 22 0575    12/22/15  04:10PM 3285

T12742

CORP 46

BL ACCT 00000605-00000000
I 80 EQUIPMENT
Account Number: 4865 2259 4515 7864
Page 1 of 6

| Account Summary | | | Account Inquiries |
|---|---|---|---|
| Billing Cycle | | 12/24/2015 | |
| | | | Call us at: (800) 221-5920 |
| Days In Billing Cycle | | 31 | Lost or Stolen Card: (866) 839-3485 |
| Previous Balance | | $41,974.77 | |
| Purchases | + | $63,638.69 | |
| Cash | + | $0.00 | |
| Special | + | $0.00 | Write us at PO BOX 31535, TAMPA, FL 33631-3535 |
| Credits | - | $554.49- | |
| Payments | - | $41,974.77- | |
| Other Charges | + | $0.00 | Payment Summary |
| Finance Charges | + | $0.00 | |
| NEW BALANCE | | $63,084.20 | NEW BALANCE $63,084.20 |
| | | | MINIMUM PAYMENT $63,084.20 |
| Credit Summary | | | PAYMENT DUE DATE 01/19/2016 |
| Total Credit Line | | $300,000.00 | |
| Available Credit Line | | $236,915.80 | |
| | | | NOTE: Grace period to avoid a finance charge on purchases, pay |
| Available Cash | | $0.00 | entire new balance by payment due date. Finance charge accrues on |
| Amount Over Credit Line | | $0.00 | cash advances until paid and will be billed on your next statement. |
| Amount Past Due | | $0.00 | |
| Disputed Amount | | $0.00 | |

Corporate Activity

TOTAL CORPORATE ACTIVITY

T0682

CONFIDENTIAL FMB0015254

| Trans Date | Post Date | Plan Name | Reference Number | Description | Amount |
|---|---|---|---|---|---|
| | | | | DAVENPORT IA | $19.35 |
| 12/16 | 12/17 | PPLN01 | 24224435351101022824584 | B AND B DO IT BEST MILAN IL | $5.53 |
| 12/16 | 12/18 | PPLN01 | 24445005351100623897795 | MENARDS MOLINE IL MOLINE IL | $85.34 |
| 12/17 | 12/18 | PPLN01 | 24224435352102017866084 | HY VEE 1107 DAVENPORT IA | $8.82 |
| 12/16 | 12/18 | PPLN01 | 24316055351548314032588 | SHELL OIL 51422320021 DAVENPORT IA | $14.05 |
| 12/17 | 12/20 | PPLN01 | 24445005352100637077482 | MENARDS DAVENPORT IA DAVENPORT IA | $13.03 |
| 12/17 | 12/20 | PPLN01 | 24445005352100637077557 | MENARDS DAVENPORT IA DAVENPORT IA | $43.27 |
| 12/17 | 12/20 | PPLN01 | 24445005352100637077631 | DOLLAR-GENERAL #0254 DAVENPORT IA | $4.82 |
| 12/21 | 12/23 | PPLN01 | 24445005356100709300107 | MENARDS MOLINE IL MOLINE IL | $361.79 |
| 12/21 | 12/23 | PPLN01 | 24316055356548318032357 | SHELL OIL 51422320021 DAVENPORT IA | $10.95 |
| 12/22 | 12/24 | PPLN01 | 24445005357100741723794 | MENARDS MOLINE IL MOLINE IL | $495.41 |
| 12/22 | 12/24 | PPLN01 | 24445005357100741723877 | MENARDS MOLINE IL MOLINE IL | $34.66 |
| ==12/22== | ==12/24== | | ==74445005357100741723955== | ==CREDIT VOUCHER MENARDS MOLINE IL MOLINE IL== | ==$116.10-== |

Cardholder Account Summary

| | I 80 EQUIPMENT VI 4865225945221702 | Payments & Other Credits | Purchases & Other Charges | Cash Advances | Total Activity |
|---|---|---|---|---|---|
| | | $134.36- | $24,040.41 | $0.00 | $23,906.05 |

Cardholder Account Detail

| Trans Date | Post Date | Plan Name | Reference Number | Description | Amount |
|---|---|---|---|---|---|
| 11/23 | 11/24 | PPLN01 | 24692165328000648122561 | NORANDEX 085 ROCK ISLAND IL | $2,000.00 |
| 11/24 | 11/25 | PPLN01 | 24692165328000946608444 | LOWES #00104* MOLINE IL | $101.05 |
| 11/23 | 11/25 | PPLN01 | 24445005328100509247693 | MENARDS MOLINE IL MOLINE IL | $34.14 |
| 11/23 | 11/25 | PPLN01 | 24445005328100509247776 | MENARDS MOLINE IL MOLINE IL | $613.86 |
| 11/23 | 11/25 | PPLN01 | 24445005328100509247859 | MENARDS MOLINE IL MOLINE IL | $883.22 |
| 11/24 | 11/26 | PPLN01 | 24445005329100537823399 | MENARDS MOLINE IL MOLINE IL | $252.47 |

T0688

Use Your  2%
BIG CARD REBATE
MENARDS

MENARDS - MOLINE IL
6400 44th Avenue
Moline, IL 61265

If you have questions regarding the
charges on your receipt, please
email us at:
MOLEfrontend@menards.com

Merchandise Return

3" CAST IRON CASTER RIGI
2176022      4  @4.99            19.96-
ORIG STORE: 3285 7 1280 04/13/2016

TOTAL                            19.96-
TAX MOLINE-IL 7.5%                  .0-
TOTAL SALE                       21.46-
VISA 1969                        21.46-

TOTAL NUMBER OF ITEMS =     4

GUEST COPY

Menards has released this transaction
to your financial instituion. Your
financial institution is responsible
for processing this refund to your
account. Please contact your financial
institution for fund availability.

THIS IS YOUR CREDIT CARD SALES SLIP
PLEASE RETAIN FOR YOUR RECORDS.

THANK YOU, YOUR CASHIER, TAVIONNA

22078 60 3955   04/27/16  02:43PM 3285

T12751



```
                U.S. BANK
                P.O. BOX 6343          ACCOUNT NUMBER        4485 5945 5559 3654
                FARGO ND  58125-6343   STATEMENT DATE                  05-25-2016
                                       AMOUNT DUE                     $271,937.64
                                       NEW BALANCE                    $272,127.64
                                       PAYMENT DUE ON RECEIPT
```



```
000001426 3 SP     106481526271992 P
I 80 EQUIPMENT
ATTN ACCOUNTS PAYABLE
20490 E 550TH ST
COLONA   IL   61241-8628
```

AMOUNT ENCLOSED
$

*Please make check payable to*
*U.S. BANK*

```
U.S. BANK
P.O. BOX 790428
ST. LOUIS, MO 63179-0428
```



-------------------------------------------------------------------------------------------------------------------------
Please tear payment coupon at perforation.

## ACCOUNT MESSAGES

Your account is past due $130,303.66. Past due amount is included in the minimum payment. Please remit immediately.
** Attention ** Your account is in dispute for $190.00. This amount has not been included in the finance charge or minimum payment calculation.

### CORPORATE ACCOUNT SUMMARY

| I 80 EQUIPMENT<br>4485 5945 5559 3654 | Previous<br>Balance | + | Purchases<br>And Other<br>Charges | + | Cash<br>Advances | + | Cash<br>Advance<br>Fees | + | Late<br>Payment<br>Charges | – Credits | – Payments | = | New<br>Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Company Total | $282,603.86 | | $141,823.98 | | $0.00 | | $.00 | | $0.00 | $8,249.63 | $144,050.57 | | $272,127.64 |

### CORPORATE ACCOUNT ACTIVITY

I 80 EQUIPMENT                                                TOTAL CORPORATE ACTIVITY
4485-5945-5559-3654                                                       $144,050.57CR

| Post<br>Date | Tran<br>Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 05-04 | 05-04 | 74798266125000000000032 | PAYMENT - THANK YOU 00000 C | 144,050.57 PY |

### NEW ACTIVITY

| BRANDON JONES<br>4485-5900-0290-9550 | CREDITS<br>$0.00 | PURCHASES<br>$1,093.92 | CASH ADV<br>$0.00 | TOTAL ACTIVITY<br>$1,093.92 |
|---|---|---|---|---|

---

| CUSTOMER SERVICE CALL<br><br>800-344-5696 | ACCOUNT NUMBER<br>4485-5945-5559-3654 | | ACCOUNT SUMMARY | |
|---|---|---|---|---|
| | | | PREVIOUS BALANCE | 282,603.86 |
| | | | PURCHASES &<br>OTHER CHARGES | 141,823.98 |
| | STATEMENT DATE<br>05/25/16 | DISPUTED AMOUNT<br>190.00 | CASH ADVANCES | .00 |
| | | | CASH ADVANCE FEES | .00 |
| | | | LATE PAYMENT<br>CHARGES | .00 |
| SEND BILLING INQUIRIES TO:<br><br>U.S. BANK<br>P.O. Box 6335<br>Fargo, ND 58125-6335 | AMOUNT DUE<br><br>271,937.64 | | CREDITS | 8,249.63 |
| | | | PAYMENTS | 144,050.57 |
| | | | ACCOUNT BALANCE | 272,127.64 |

T2736
Page 1 of 15



| Company Name: I 80 EQUIPMENT |
|---|
| Corporate Account Number: 4485 5945 5559 3654 |
| Statement Date: 05-25-2016 |

## NEW ACTIVITY

| Post Date | Tran Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 05-13 | 05-12 | 24299106133001621667487 | 7-ELEVEN 34466 MOLINE IL | 45.00 |
| 05-13 | 05-12 | 24299106133001623618777 | 7-ELEVEN 34459 MOLINE IL | 45.00 |
| 05-13 | 05-12 | 24299106133001634065158 | 7-ELEVEN 34467 SILVIS IL | 45.00 |
| 05-16 | 05-12 | 24164076134258006467455 | PILOT     00006361 DAVENPORT IA | 25.39 |
| 05-16 | 05-14 | 24164076136258007538104 | PILOT     00003053 JAMESTOWN NM | 218.34 |
| 05-16 | 05-14 | 24388946136630146253320 | VCN*SAN JON, NM POE SAN JON NM | 59.20 |
| 05-16 | 05-13 | 24431066135206196903711 | KTA - TRANSA TEMP - RET WICHITA KS | 21.00 |
| 05-16 | 05-13 | 24628016134000170442609 | PILOT TONKAWA OK | 350.88 |
| 05-16 | 05-14 | 24628016135000161776014 | PILOT VEGA TX | 216.94 |
| 05-18 | 05-16 | 24164076138258000962689 | PILOT     00003053 JAMESTOWN NM | 278.43 |
| 05-18 | 05-16 | 24164076138347009775141 | PILOT     00003053 JAMESTOWN NM | 4.00 |
| 05-18 | 05-16 | 24388946138630187470450 | VCN*GALLUP, NM POE MENTMORE NM | 47.95 |
| 05-18 | 05-17 | 24431066139206542700361 | OK CORPORATION COMMISSIO OKLAHOMA CITY OK | 125.00 |
| 05-18 | 05-17 | 24628016139000035423245 | PILOT KEARNEY MO | 243.28 |
| 05-19 | 05-17 | 24164076139258001045103 | PILOT     00007054 SAYRE OK | 232.78 |
| 05-19 | 05-17 | 24164076139258006825434 | PILOT     00007054 SAYRE OK | 6.03 |
| 05-19 | 05-17 | 24431066139206196103748 | KTA - TRANSA TEMP - RET WICHITA KS | 21.00 |
| 05-20 | 05-18 | 24164076140258000158342 | PILOT     00006361 DAVENPORT IA | 150.00 |
| 05-20 | 05-19 | 24299106140002592266409 | 7-ELEVEN 34462 MOLINE IL | 45.00 |
| 05-20 | 05-19 | 24299106140002607219328 | 7-ELEVEN 34459 MOLINE IL | 45.00 |
| 05-20 | 05-19 | 24628016140000199599043 | PILOT OAKWOOD IL | 145.22 |
| 05-20 | 05-19 | 24628016141000000313021 | PILOT GEORGETOWN KY | 132.78 |
| 05-23 | 05-20 | 24055236142200088400345 | BRINTLE'S TP GARAGE MOUNT AIRY NC | 88.00 |
| 05-23 | 05-20 | 24122546142740142460265 | BP#6618185BRINTLE TRAVEL MOUNT AIRY NC | 6.16 |
| 05-23 | 05-21 | 24122546143740143550287 | BP#6618185BRINTLE TRAVEL MOUNT AIRY NC | 3.94 |
| 05-23 | 05-19 | 24164076141258009537966 | PILOT     00001719 OAKWOOD IL | 2.52 |
| 05-23 | 05-20 | 24628016141000222014068 | PILOT MOUNT AIRY NC | 290.96 |
| 05-23 | 05-22 | 24628016144000035360234 | PILOT HARRISBURG PA | 265.60 |
| 05-23 | 05-22 | 24733096143286642500040 | WHITE'S TRAVL CTR REPAIR RAPHINE VA | 108.81 |
| 05-24 | 05-22 | 24055236144200188200064 | BRINTLE'S TP RESTAURANT MOUNT AIRY NC | 10.15 |
| 05-24 | 05-21 | 24055236144200188200080 | BRINTLE'S TP RESTAURANT MOUNT AIRY NC | 10.15 |
| 05-24 | 05-20 | 24055236144200188200577 | BRINTLE'S TP RESTAURANT MOUNT AIRY NC | 0.41 |
| 05-24 | 05-22 | 24164076144347000816508 | PILOT     00046490 RAPHINE VA | 11.42 |
| 05-24 | 05-23 | 24427336144720058968697 | MCDONALD'S F28501 BLANDFORD MA | 9.61 |
| 05-25 | 05-24 | 24164076145347002920307 | PILOT     00002873 BURBANK OH | 2.22 |
| 05-25 | 05-23 | 24164076145531860771023 | CHITTENANGO TR12416038 CANASTOTA NY | 7.21 |
| 05-25 | 05-24 | 24427336145720037362359 | MCDONALD'S F12299 LE ROY NY | 11.85 |
| 05-25 | 05-24 | 24628016145000156889606 | PILOT PEMBROKE NY | 380.49 |
| 05-25 | 05-24 | 24628016146000001905184 | PILOT EATON OH | 230.23 |
| | | | Department: 01000 Total: | $29,836.55 |

| PARTS | CREDITS | PURCHASES | CASH ADV | TOTAL ACTIVITY |
|---|---|---|---|---|
| 4485-5910-0142-1969 | $325.10 | $8,047.15 | $0.00 | $7,722.05 |

| Post Date | Tran Date | Reference Number | Transaction Description | Amount | |
|---|---|---|---|---|---|
| 04-26 | 04-25 | 24222443617104024515898 | FASTENAL COMPANY01 MOLINE IL | 6.28 | |
| 04-26 | 04-25 | 24445006117400133419673 | WM SUPERCENTER #4511 SILVIS IL | 364.32 | |
| 04-26 | 04-25 | 24493986116081150505852 | CRESCENT ELECTRIC 003 5633231811 IA | 73.06 | |
| 04-27 | 04-26 | 24247606117300418830494 | DYNAMIC POWER RACING TECH MOLINE IL | 865.00 | |
| 04-27 | 04-25 | 24750766117900016400037 | DISCOUNT TOOLS AND CAR EAST MOLINE IL | 115.49 | |
| 04-28 | 04-27 | 74164076118941793169989 | RADIOSHACK COR00199596 MOLINE IL | 2.68 | CR |
| 04-28 | 04-27 | 24013396118003697896579 | SADLER POWER TRAIN DAVENPORT IA | 681.74 | |
| 04-28 | 04-27 | 24164076118941793078672 | RADIOSHACK COR00199596 MOLINE IL | 2.68 | |
| 04-28 | 04-27 | 24701776118305003125043 | KEY AUTO MALL 309-7625397 IL | 471.00 | |
| 04-28 | 04-27 | 24801976119091735000084 | ANCHOR LUMBER SILVIS IL | 28.76 | |
| 04-29 | 04-27 | 74445006119100521490921 | MENARDS MOLINE IL MOLINE IL | 21.46 | CR |
| 04-29 | 04-27 | 24445006119100521490843 | MENARDS MOLINE IL MOLINE IL | 49.00 | |

T2747



Use Your 2%
BIG CARD REBATE

**MENARDS**

MENARDS - MOLINE IL
6400 44th Avenue
Moline, IL 61265

If you have questions regarding the
charges on your receipt, please
email us at:
MOLEfrontend@menards.com

Merchandise Return

```
10" NOFLAT UNIV UTILITY
2641788                           28.99-
ORIG STORE: 3285 6 887 07/13/2016

TOTAL                             28.99-
TAX MOLINE-IL 7.5%                 2.17-
TOTAL SALE                        31.16-
VISA 1969                         31.16-
```



TOTAL NUMBER OF ITEMS =    1



Menards has released this transaction
to your financial instituion. Your
financial institution is responsible
for processing this refund to your
account. Please contact your financial
institution for fund availability.

THIS IS YOUR CREDIT CARD SALES SLIP
PLEASE RETAIN FOR YOUR RECORDS.

THANK YOU, YOUR CASHIER, JAZMIN

88713 22 6666    07/15/16  01:03PM 3285

T12785



```
         U.S. BANK
         P.O. BOX 6343                    ACCOUNT NUMBER        4485 5945 5559 3654
         FARGO ND  58125-6343             STATEMENT DATE                  07-25-2016
                                          AMOUNT DUE                       $88,687.73
                                          NEW BALANCE                      $88,687.73
                                          PAYMENT DUE ON RECEIPT
```



```
                                          ┌──────────────────────────────┐
                                          │  AMOUNT ENCLOSED             │
                                          │                              │
000001499 03  SP    106481609932597 P     │  $                           │
I 80 EQUIPMENT                            └──────────────────────────────┘
ATTN ACCOUNTS PAYABLE                       Please make check payable to
20490 E 550TH ST                            U.S. BANK
COLONA  IL   61241-8628

                                            U.S. BANK
                                            P.O. BOX 790428
                                            ST. LOUIS, MO 63179-0428
```



---
Please tear payment coupon at perforation.

### CORPORATE ACCOUNT SUMMARY

| I 80 EQUIPMENT<br>4485 5945 5559 3654 | Previous<br>Balance | + | Purchases<br>And Other<br>Charges | + | Cash<br>Advances | + | Cash<br>Advance<br>Fees | + | Late<br>Payment<br>Charges | - | Credits | - | Payments | = | New<br>Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Company Total | $313,888.39 | | $126,983.23 | | $0.00 | | $.00 | | $0.00 | | $1,513.69 | | $350,670.20 | | $88,687.73 |

### CORPORATE ACCOUNT ACTIVITY

**I 80 EQUIPMENT**  
4485-5945-5559-3654  
**TOTAL CORPORATE ACTIVITY**  
$350,670.20CR

| Post<br>Date | Tran<br>Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 07-22 | 07-22 | 74798266204000000000135 | PAYMENT - THANK YOU 00000 W | 175,335.10 PY |
| 07-22 | 07-22 | 74798266204000000000176 | PAYMENT - THANK YOU 00000 C | 175,335.10 PY |

### NEW ACTIVITY

**BRANDON JONES**      CREDITS    PURCHASES    CASH ADV    TOTAL ACTIVITY  
4485-5900-0290-9550    $550.87    $13,648.35   $0.00       $13,097.48

| Post<br>Date | Tran<br>Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 06-29 | 06-28 | 24755426181151810562187 | ROCKY MTN MOBILE TRUCK BRIGHTON CO | 2,687.51 |
| 06-30 | 06-28 | 24316056181548444053318 | SHELL OIL 57441101201 COLONA IL | 46.00 |
| 06-30 | 06-28 | 24431066181978000826006 | AMERICAN AIR0012379783598 FORT WORTH TX<br>VIOLA/TATIANA               06-30-16<br>SJU AA G MIA AA G ORD AA G SJU | 428.30 |

| CUSTOMER SERVICE CALL<br><br>800-344-5696 | ACCOUNT NUMBER<br>4485-5945-5559-3654 | | ACCOUNT SUMMARY | |
|---|---|---|---|---|
| | | | PREVIOUS BALANCE | 313,888.39 |
| | | | PURCHASES &<br>OTHER CHARGES | 126,983.23 |
| | STATEMENT DATE | DISPUTED AMOUNT | CASH ADVANCES | .00 |
| | 07/25/16 | .00 | CASH ADVANCE FEES | .00 |
| | | | LATE PAYMENT<br>CHARGES | .00 |
| SEND BILLING INQUIRIES TO: | **AMOUNT DUE**<br><br>**88,687.73** | | CREDITS | 1,513.69 |
| U.S. BANK<br>P.O. Box 6335<br>Fargo, ND 58125-6335 | | | PAYMENTS | 350,670.20 |
| | | | ACCOUNT BALANCE | 88,687.73 |

T2706

Page 1 of 13



| Company Name: I 80 EQUIPMENT |
| Corporate Account Number: 4485 5945 5559 3654 |
| Statement Date: 07-25-2016 |

### NEW ACTIVITY

| Post Date | Tran Date | Reference Number | Transaction Description | Amount | |
|---|---|---|---|---:|---|
| 07-14 | 07-12 | 24761976195838000919108 | FARM & FLT OF DAVENPOR DAVENPORT IA | 47.93 | |
| 07-15 | 07-14 | 24013396196001902227403 | SADLER POWER TRAIN DAVENPORT IA | 607.79 | |
| 07-15 | 07-13 | 24445006196100507772251 | MENARDS MOLINE IL MOLINE IL | 31.16 | |
| 07-15 | 07-13 | 24692166196000058492238 | VPFDTRUCKCOUNTRY OF IO DAVENPORT IA | 207.50 | |
| 07-18 | 07-15 | 74445006198100622169238 | MENARDS MOLINE IL MOLINE IL | 31.16 | CR |
| 07-18 | 07-15 | 24013396197002080504364 | TWIN BRIDGES TRUCK CITY I 563-3552631 IA | 250.00 | |
| 07-18 | 07-13 | 24207856197164802868276 | GILLESPIE AUTO ELECTRIC I LE CLAIRE IA | 150.00 | |
| 07-18 | 07-15 | 24231686198400011989879 | HARBOR FREIGHT TOOLS 92 DAVENPORT IA | 59.90 | |
| 07-18 | 07-16 | 24247606198200193121709 | 2 AND 92 USED TRUCK PARTS EAST MOLINE IL | 3,100.00 | |
| 07-19 | 07-18 | 74013396200002486205228 | SADLER POWER TRAIN DAVENPORT IA | 135.00 | CR |
| 07-19 | 07-18 | 74247606200300440573859 | 2 AND 92 USED TRUCK PARTS EAST MOLINE IL | 350.00 | CR |
| 07-19 | 07-18 | 24247606200300440573938 | 2 AND 92 USED TRUCK PARTS EAST MOLINE IL | 90.00 | |
| 07-19 | 07-18 | 24247606200300440574019 | 2 AND 92 USED TRUCK PARTS EAST MOLINE IL | 75.00 | |
| 07-19 | 07-18 | 24801976201091731000152 | ANCHOR LUMBER SILVIS IL | 6.61 | |
| 07-20 | 07-19 | 24801976202091733000076 | ANCHOR LUMBER SILVIS IL | 47.03 | |
| 07-21 | 07-19 | 24207856202168901833000 | DYNAMIC POWER RACING TECH MOLINE IL | 795.00 | |
| 07-21 | 07-20 | 24431066202083316068628 | 036 KEYSTONE AUTOMOTIVE 309-517-2450 IL | 498.12 | |
| 07-21 | 07-20 | 24692166202000651091108 | SQ *JOES GARAGE GOSQ.COM 877-417-4551 IL | 280.00 | |
| 07-21 | 07-19 | 24761976202838000992478 | MOLINE FARM & FLEET MOLINE IL | 420.00 | |
| 07-22 | 07-20 | 24761976203838001169489 | MOLINE FARM & FLEET MOLINE IL | 53.74 | |
| 07-25 | 07-22 | 24164076205258001573244 | PILOT     00006361 DAVENPORT IA | 20.00 | |
| 07-25 | 07-22 | 24226386205400004031288 | WAL-MART #4511 SILVIS IL | 485.76 | |
| 07-25 | 07-21 | 24445006204100537833529 | MENARDS MOLINE IL MOLINE IL | 12.36 | |
| 07-25 | 07-22 | 24445006205100599713816 | MENARDS MOLINE IL MOLINE IL | 12.87 | |
| 07-25 | 07-22 | 24492156205027781750378 | INTERSTATE PWR SYS 14 DAVENPORT IA | 35.49 | |
| 07-25 | 07-21 | 24761976204838000724937 | MOLINE FARM & FLEET MOLINE IL | 164.48 | |

Department: 01100 Total:        $12,299.85

| COMPANY CARD 2 | CREDITS | PURCHASES | CASH ADV | TOTAL ACTIVITY |
|---|---|---|---|---|
| 4485-5935-0004-4680 | $0.00 | $1,014.61 | $0.00 | $1,014.61 |

| Post Date | Tran Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---:|
| 06-29 | 06-28 | 24231686180206000000150 | CONCENTRA 630-827-5302 IL | 522.52 |
| 07-04 | 07-03 | 24692166185001546319997 | UPS*000088R4X6 800-811-1648 GA | 174.21 |
| 07-11 | 07-10 | 24122546192740192020430 | BP#5907407HICKORY GROVE DAVENPORT IA | 15.01 |
| 07-11 | 07-10 | 24692166192000834863367 | UPS*000088R4X6 800-811-1648 GA | 107.64 |
| 07-14 | 07-12 | 24223696195980054491810 | EXPRESSTRUCKTAX.COM 704-234-7120 SC | 11.39 |
| 07-14 | 07-13 | 24717056196131960174632 | TRUCK PERMIT NE 402-4794644 NE | 15.00 |
| 07-18 | 07-17 | 24692166199000977799470 | UPS*000088R4X6 800-811-1648 GA | 30.82 |
| 07-20 | 07-18 | 24316056201548371039609 | SHELL OIL 51272780019 SILVIS IL | 10.00 |
| 07-21 | 07-19 | 24223696202980054491829 | EXPRESSTRUCKTAX.COM 704-234-7120 SC | 29.95 |
| 07-25 | 07-24 | 24692166206000698684382 | UPS*000088R4X6 800-811-1648 GA | 98.07 |

| COMPANY CARD 3 | CREDITS | PURCHASES | CASH ADV | TOTAL ACTIVITY |
|---|---|---|---|---|
| 4485-5936-0004-4580 | $106.50 | $29,227.87 | $0.00 | $29,121.37 |

| Post Date | Tran Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---:|
| 06-28 | 06-27 | 24430996180091261060370 | MSFT * E03002C6VQ 800-642-7676 NV | 191.25 |
| 06-28 | 06-27 | 24692166179000754365390 | GOOGLE *ADWS5142057554 CC@GOOGLE.COM CA | 500.00 |
| 06-29 | 06-28 | 24692166180000324564297 | GOOGLE *ADWS5142057554 CC@GOOGLE.COM CA | 500.00 |
| 06-30 | 06-29 | 24692166181000872828515 | GOOGLE *ADWS5142057554 CC@GOOGLE.COM CA | 500.00 |
| 07-01 | 06-30 | 24692166182000420264980 | GOOGLE *ADWS5142057554 CC@GOOGLE.COM CA | 500.00 |

T2717