## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| In re:<br>I80 Equipment, LLC<br><br>　　　Debtor | Case No. 17-81749<br><br>Chapter 7 |
| Jeana K. Reinbold, solely as Chapter 7 Trustee of the Estate of I80 Equipment, LLC<br><br>　　　Plaintiff,<br><br>v.<br><br>Menard, Inc.<br><br>　　　Defendant | AP. No. 19-8110 |

**PLAINTIFF'S MOTION FOR EXTENSION TO FILE RESPONE**

NOW COMES Jeana K. Reinbold, solely as Chapter 7 Trustee of the Estate of I80 Equipment, LLC ("Plaintiff") and for her Motion for Extension to file her Response to the Renewed Motion for Summary Judgment on Section III ("Renewed MSJ on Point III") filed by Defendant Menard, Inc. ("Menard") for 14 days, or until December 3, 2024 pursuant to Fed. R. Bankr. P. 9006(b)(1) and this Court's Local Rules 9006-1 and 9013-1(B), states as follows:

　　1,　　On October 29, 2024, Menard filed the Renewed MSJ on Point III (Doc. 155).

　　2.　　On October 30, 2024, this Court ordered Plaintiff to file a response to the Renewed MSJ on Point III by November 19, 2024 (Doc. 156).

　　3.　　On November 8, 2024, Menard filed its Reply in Support of its original Motion for Summary Judgment on Points I and II and its Response to Plaintiff's Cross Motion for Summary Judgment (Doc. 158). This Reply and Response raise new arguments of subject matter jurisdiction and standing.

　　4.　　On November 11, 2024, Plaintiff filed her timely Reply to Menard's Limited Response

to Plaintiff's Motion in Limine ("Limited Response"), which is 60 pages long (Doc. 162).

5. Oral argument on Points I and II of Menard's original Motion for Summary Judgment and Plaintiff's Cross Motion for Summary Judgment is set for November 19, 2024 (Doc. 150).

6. In view of the substantial work which needed to be done to file the Reply to the Limited Response, the upcoming oral argument on Points I and II and the new arguments which have been raised regarding standing and subject matter jurisdiction, Plaintiff requests that she be granted an additional 14 days, or until November December 3, 2024, to file her Response to the Renewed MSJ on Point III.

7. Plaintiff's counsel attempted to consult with Menard's counsel regarding this request but was not successful.

8. Plaintiff's Request is not interposed for purposes of delay or harassment, good cause exists, and Menard will not be unduly prejudiced.

WHEREFORE, Plaintiff respectfully requests the entry of an Order granting her until December 3, 2024 to file her Response to Menard's Renewed MSJ on Point III, and that Plaintiff be granted such other relief as is just.

.  Jeana K. Reinbold, solely as Chapter 7 Trustee of the Estate of I80 Equipment, LLC

By: /s/ Andrew W. Covey
One of her attorneys
Andrew W. Covey  #06183817
403 S. French Drive
Dunlap, IL  61525
(309) 370-2692
Email: acovey1@hotmail.com

**PROOF OF SERVICE**

      I do hereby certify that I have caused to be served a copy of the foregoing Motion this day, by CM/ECF electronic filing as set forth below.

Dated: November 13, 2024                  /s/ Andrew W. Covey
                                                             Andrew W. Covey

By CM/ECF

      Sonette Magnus smagnus@thompsoncoburn.com
      W. Anthony Andrews wandrews@ottosenlaw.com
      Joseph S. Davidson jdavidson@ottosenlaw.com