**IT IS SO ORDERED.**

**SIGNED THIS: February 28, 2025**

_____
**Peter W. Henderson**
**United States Chief Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | |
| **I80 EQUIPMENT, LLC,** | Case No. 17-81749 |
| Debtor. | |
| **JEANA K. REINBOLD, Chapter 7 Trustee,** | |
| Plaintiff, | |
| vs. | Adv. No. 19-8110 |
| **MENARD, INC.,** | |
| Defendant. | |

### JUDGMENT

For the reasons set forth in an Opinion entered this day,

IT IS HEREBY ORDERED that judgment is entered in favor of the Defendant, Menard, Inc., and against the Plaintiff, Jeana K. Reinbold, Chapter 7 Trustee.

# # #